IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| DAVID HERMAN LANIER<br>VICKI BARNES LANIER | :<br>:<br>: |
| Debtor | : CHAPTER 13 |
| FIRST GEORGIA BANKING CO. | : CASE NO. 06-10893-WHD |
| Movant | : JUDGE W. HOMER DRAKE, JR. |
| vs. | : |
| DAVID HERMAN LANIER<br>VICKI BARNES LANIER | : |
| Respondent | : |

## OBJECTION TO CONFIRMATION

Comes now, FIRST GEORGIA BANKING CO., Movant, by and through its attorneys, MANN & WOOLDRIDGE, P.C., and objects to the confirmation of Debtor's Chapter 13 Plan on the following grounds:

1.

The Debtors have failed to make post-petition mortgage payments.

2.

The Debtors do not currently maintain homeowners' insurance and have thereby failed to protect Movant's security interest in the real property.

3.

The Debtors' Plan currently provides that Movant's claim in the amount of $51856.63 is to be treated secured to $15000.00 based on a security interest in a 2002 Harley Motorcycle.

Movant's claim is also secured by various items of equipment. The value of the equipment is more than sufficient to fully secure the claim.

4.

The Debtors' Plan has been proposed in bad faith.

5.

The Debtors have not funded their Chapter 13 case and the case is not feasible.

WHEREFORE, Movant respectfully requests that this objection to confirmation be approved by the Court and this bankruptcy proceeding be dismissed.

Respectfully submitted,

Mann & Wooldridge, PC

By: /s/ Jacquelyn Kneidel
Jacquelyn L. Kneidel
Attorney for Movant
State Bar No. 644727

PO Box 310
Newnan, GA 30264-0310
(770) 253-2222

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Objection to Confirmation upon:

David Herman Lanier & Vicki Barnes Lanier
244 Salem Road
LaGrange, GA 30241

Mr. James G. Baker
16 N. LaFayette Square
LaGrange, GA 30240

Mr. Adam Goodman
Standing Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

by placing a copy of same in the United States Mail in properly addressed envelopes with adequate postage thereon to insure delivery.

This 11th day of July, 2006.

Jacquelyn L. Kneidel
Attorney for Movant
State Bar No. 644727

Mann & Wooldridge, P.C.
PO Box 310
Newnan, GA 30264-0310
(770) 253-2222