IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DAVID AND VICKI LANIER, | : | Case No. 06-10893-WHD |
| | : | |
| Debtors. | : | Judge Drake |

OBJECTIONS TO CONFIRMATION

COMES NOW, COLONIAL BANK, a secured creditor, pursuant to 11 U.S.C. section 1325, and files the following objections to confirmation.

1.

Debtors filed a petition under Chapter 13 in the United States Bankruptcy Court for the Northern District of Georgia, Newnan Division, on June 2, 2006.

2.

Debtors are indebted to COLONIAL BANK in the approximate amount of $79,038.51, such claim secured by a Deed to Secure Debt against property known as 244 Salem Road, LaGrange, Georgia (the debtors' residence).

3.

Debtors' Plan provides for postpetition direct monthly contractual payments to COLONIAL BANK.

4.

Since commencement of the case, two payments in the amount of $910.00 have come due (June 6, 2006, and July 6, 2006). Another payment of $910.00 will come due on August 6, 2006. The late charge, if applicable, is $45.09 per month. Debtors have failed to make all postpetition

payments, as and when they became due.

5.

Unless the debtors have fully funded the plan as of confirmation, the plan is not feasible. 11 U.S.C. section 1325(a)(6).

6.

Unless the debtors have made all postpetition payments to COLONIAL BANK, the plan is not feasible and confirmation should be denied.

7.

Unless the secured and unsecured claims fall within the jurisdictional limits of chapter 13, confirmation of debtors' plan should be denied.

WHEREFORE, COLONIAL BANK prays that:

1) confirmation of Debtors' Chapter 13 plan be denied;

2) no further extensions be allowed;

3) the case be dismissed; and

4) the Court render any further relief it deems just and necessary.

DATED this 18th day of July, 2006.

_____/S/_____
ELIZABETH A. STUHLDREHER
Ga. Bar No. 690147
Attorney for COLONIAL BANK

for the firm of:
AGEE & STUHLDREHER, P.C.
1770 Indian Trail Road
Suite 190
Norcross, Georgia 30093
(770) 381-8837

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above

OBJECTIONS TO CONFIRMATION was sent U. S. Mail, properly addressed

and with correct postage to the following:

Adam M. Goodman
Suite 200
260 Peachtree Street
Atlanta, GA 30303

James G. Baker
16 N. LaFayette Square
LaGrange, GA 30240

David and Vicki Lanier
244 Salem Road
LaGrange, GA 30241

SERVED this 19th day of July, 2006.

_____/S/_____
ELIZABETH A. STUHLDREHER
Ga. Bar No. 690147

for the firm of:
AGEE & STUHLDREHER, P.C.
1770 Indian Trail Road
Suite 190
Norcross, Georgia 30093
(770) 381-8837