UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:  DAVID HERMAN LANIER<br>VICKI BARNES LANIER<br><br>DEBTORS. | CHAPTER 13<br><br>CASE NO. N06- 10893WHD<br><br>JUDGE DRAKE |

### SUPPLEMENTAL OBJECTION TO CONFIRMATION

COMES NOW ADAM M. GOODMAN, TRUSTEE herein, and objects to Confirmation of the Plan for the following reasons:

1. The Debtor's requested an Extension of Time to file their 2005 federal income tax return. The Debtors should inform the Trustee when said return is due and provide a copy of said return when available.

2. The Debtors submitted cash flow reports without supporting bank statements for March 2006 through June 2006. The Debtors should provide bank statements for said months.

3. The Business Questionnaire included a "Federal Asset Report" for Grave Openings Service dated October 4, 2005 that includes business assets not reflected on Schedule B.

4. The proposed plan and budget do not appear to be feasible. Schedules I and J reflect gross income $13,380.00 and expenses $5,353.00 for net income of $8,027.00 per month. The documents submitted with the Business Questionnaire reflect gross income $8,233.00 and expenses $5,581.00 for net income $2,652.00 per month. 11 U.S.C. Section 1325(a)(6).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtors' Plan, and to dismiss the case.

September 8, 2006.

                                                   ____/s_____
                                                   Jill M. Zubler, attorney
                                                   for Chapter 13 Trustee
                                                   GA Bar No. 786286

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

N06- 10893WHD

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTORS:

    DAVID HERMAN LANIER
    VICKI BARNES LANIER
    244 SALEM ROAD
    LAGRANGE, GA 30241

ATTORNEY FOR DEBTORS:

    WHATLEY & BAKER PC
    16 NORTH LAFAYETTE SQUARE
    LAGRANGE, GA 30240

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 8th day of September, 2006.

        /s
_____

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444